UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALLEY VIEW CONDOMINIUM ASSOCIATION IN SEATTLE,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, et al., | CASE NO. 2:20-cv-01440-RAJ-BAT<br><br>**ORDER SETTING PRETRIAL SCHEDULE** |

This matter has been assigned to the undersigned for all pretrial proceedings. Dkt. 11. The Court has reviewed the parties' Joint Status Report (Dkt. 19) and issues the following pretrial schedule:

| **Event** | **Date** |
|---|---|
| Deadline for joining additional parties | **February 8, 2021** |
| Deadline for amending pleadings | **February 8, 2021** |
| Reports of expert witnesses under FRCP 26(a)(2) due | **August 25, 2021** |
| Mediation per CR 39.1(c)(3) held no later than | **August 25, 2021** |
| All motions related to discovery must be noted for consideration no later than | **September 24, 2021** |
| Discovery to be completed by | **October 25, 2021** |
| All dispositive motions must be filed pursuant to CR 7(d) | **November 1, 2021** |
| All *Daubert* motions must be filed by (same as dispositive) | **November 1, 2021** |

ORDER SETTING PRETRIAL SCHEDULE - 1

This order sets firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

**Discovery and Cooperation**

As required by CR 37(a), all discovery matters are to be resolved by agreement if possible.

**Trial Date**

A trial date will be set by the assigned District Judge, the Honorable Richard A. Jones, if the case has not been resolved by settlement or dispositive motion.

**Mediation**

The Court designates this case for mediation under CR 39.1(c) and the parties are directed to follow through with the procedures set forth in that rule. If this case settles, plaintiff's counsel shall notify Andy Quach at (206) 370-8421 or via e-mail at: andy_quach@wawd.uscourts.gov, as soon as possible. Pursuant to CR11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate. The Clerk is directed to send copies of this Order to all parties of record.

DATED this 9th day of December, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER SETTING PRETRIAL SCHEDULE - 2